**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **SHAWN CROWLEY** | **CIVIL ACTION NO: 17-8189** |
| **VERSUS** | **SECTION:** |
| **LMS INTELLIBOUND, LLC (d/b/a CAPSTONE LOGISTICS LLC)** | **JUDGE** |
| | **MAG. JUDGE** |

**COMPLAINT**

Plaintiff, Shawn Crowley, an individual of the full age of majority and domiciliary of St. Tammany Parish, State of Louisiana, respectfully represents as follows:

I.

Made Defendant herein is:

A. LMS Intellibound, LLC (d/b/a Capstone Logistics LLC), a foreign limited liability company, authorized to and doing business in the State of Louisiana, which has designated Cogency Global Inc. as its registered agent for the service of process, whose address is 3867 Plaza Tower Drive, 1st Floor, Baton Rouge, Louisiana 70816.

II.

Jurisdiction in this matter is conferred by 28 U.S.C. § 1332 because the amount in controversy exceeds $75,000.00 and there is complete diversity of citizenship between the parties.

III.

On or about June 18, 2017, Plaintiff, Shawn Crowley, was employed by Associated Wholesale Grocers, Inc. (hereinafter "AWG") and working at its warehouse in Pearl River, Louisiana.

IV.

As Plaintiff, Shawn Crowley, was preparing to get off of work, he was hit from behind by a forklift, causing severe and disabling injuries to his left leg.

V.

At all relevant times, the driver of the forklift was employed by Defendant, LMS Intellibound, LLC (d/b/a Capstone Logistics LLC), and acting within the course and scope of his employment.

VI.

The driver of said forklift that hit Plaintiff was not certified to operate a forklift on or about June 18, 2017.

VII.

Plaintiff avers that Defendant, LMS Intellibound, LLC (d/b/a Capstone Logistics LLC), created an unreasonable risk of harm by allowing a non-certified employee to operate a forklift.

VIII.

Defendant, LMS Intellibound, LLC (d/b/a Capstone Logistics LLC), as the employer for the forklift driver, is vicariously liable for his actions while in the course and scope of his employment with Defendant, and any and all damages caused by said actions.

IX.

The incident was caused by the negligence and/or fault of Defendant, LMS Intellibound, LLC (d/b/a Capstone Logistics LLC), its agents, servants, employees or others for whom it is legally responsible in the following, though not exclusive, particulars:

A. Inattention or distraction;

B. Careless operation of the forklift;

C. Failing to maintain a proper lookout;

D. Failing to maintain control of the forklift;

E. Failing to properly and timely apply the brakes;

F. Failing to use due care under the circumstances;

G. Negligent entrustment of the forklift to a non-certified employee;

H. Failing to do the things he should have done or to see the things he should have seen to avoid the incident; and

I. Any and all other acts of negligence or other fault that will be proven at the trial on this matter.

X.

Due to the injuries sustained by Plaintiff, Shawn Crowley, he is severely injured, has undergone extensive medical treatment, has suffered grievous physical and mental pain and anguish, loss of bodily function, and embarrassment, and is entitled to recover from Defendant, LMS Intellibound, LLC (d/b/a Capstone Logistics LLC), the sum of ONE MILLION AND NO/100 ($1,000,000.00) DOLLARS.

**JURY DEMAND**

Pursuant to the Seventh Amendment to the Constitution and Rule 38 of the Federal Rules of Civil Procedure, Plaintiff is entitled to and demands a trial by jury on all issues herein.

**WHEREFORE**, Plaintiff, Shawn Crowley, demands a judgment against Defendant, LMS Intellibound, LLC (d/b/a Capstone Logistics LLC), in the sum of ONE MILLION AND NO/100 ($1,000,000.00) DOLLARS, together with legal interest from the date of injury, together with all costs and disbursements of this action, and for all appropriate and general relief, and for a trial by jury.

Plaintiff further prays for all general, legal and equitable relief available to him under the laws of the United States, the State of Louisiana and for a civil trial by jury.

Respectfully submitted:

**C. ARLEN BRAUD, II (#20719)**
**MICHELLE O. GALLAGHER (#23886)**
**STEVEN D. JACKSON (#35841)**
Braud & Gallagher, L.L.C.
111 N. Causeway Blvd, Ste. 201
Mandeville, LA 70448
Telephone: (985) 778-0771
Facsimile: (985) 231-4663
arlenb@braudandgallagher.com
michelleg@braudandgallagher.com
stevenj@braudandgallagher.com
***Counsel for Plaintiff***

**PLEASE ISSUE SUMMONS FOR**:

**LMS INTELLIBOUND, LLC**
Through its registered agent for service of process:
Cogency Global Inc.
3867 Plaza Tower Drive, 1st Floor
Baton Rouge, LA 70816